UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3770 CAS (FFMx) | | Date | May 4, 2012 |
|---|---|---|---|---|
| Title | KIMBERLY GRANT v. UNIFUND CCR LLC ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers:) ORDER TO SHOW CAUSE REGARDING DUPLICATIVE CLAIMS AND SANCTIONS**

## I.      INTRODUCTION

Plaintiff Kimberly Grant filed the instant action on March 15, 2012, in the Los Angeles County Superior Court against Unifund CCR, LLC, and Unifund Corporation. Defendants removed to this Court on May 2, 2012, on the basis of federal question jurisdiction.

Plaintiff's complaint alleges six claims for relief: (1) violation of the Rosenthal Fair Debt Collection Practices Act, Ca. Civ. Code §§ 1788 et seq. ("RFDCPA"); (2) violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"); (3) abuse of process; (4) conversion; (5) fraud; and (6) violation of Cal. Bus. & Prof. Code §§ 17200 et seq. ("UCL").  The gravamen of plaintiff's complaint is that defendants engaged in improper credit card debt collection practices.

Previously, on September 30, 2011, plaintiff filed a nearly identical complaint in this Court against the same defendants alleging virtually the same claims.  CV No. 11-8140 CAS (FEMx) ("Grant I").  The only material difference in the instant action is the inclusion of the RFDCPA and fraud claims.

By order dated February 6, 2012, the Court granted defendants' motion for summary judgment as to the entire complaint in Grant I, concluding that the abuse of process, conversion, and UCL claims were barred by the Rooker-Feldman doctrine in light of a default judgment entered against plaintiff in Los Angeles County Superior Court.  See CV No. 11-8140, Dkt. No. 21.  The Court also granted summary adjudication

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3770 CAS (FFMx) | Date | May 4, 2012 |
|---|---|---|---|
| Title | KIMBERLY GRANT v. UNIFUND CCR LLC ET AL. | | |

as to plaintiff's FDCPA claim on the ground that plaintiff had not rebutted defendants' evidence that defendants had complied with 15 U.S.C. § 1692g.  Id.  Accordingly, the Court dismissed the case.

The instant complaint copies verbatim large sections from the complaint in Grant I, including all of the claims this Court already dismissed.  Accordingly, plaintiff is ORDERED to SHOW CAUSE on or before May 24, 2012, why those claims are not barred by res judicata, and why, if they are, the case should not be remanded to the Los Angeles County Superior Court for lack of subject matter jurisdiction.  Plaintiff is further ORDERED to SHOW CAUSE on or before May 24, 2012, why the Court should not impose sanctions for filing a complaint containing allegations that are identical to those the Court already dismissed in Grant I.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |